IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL ACTION |
| v. | * | |
| | * | NO. 05-221 |
| | * | |
| HOWARD KELLEY | * | Gary Lancaster, J. |
| Defendant | | |

## AMENDED ORDER OF COURT

AND NOW, to-wit, this 16th day of April, 2007, upon consideration of the within Motion for Postponement of Trial scheduled to begin on Monday, May 7, 2007, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the extension of time caused by this continuance be deemed excludable delay under the Speedy Trial Act 18 U.S.C. § 3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h) (8)(A), since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS FURTHER ORDERED that the parties shall proceed as follows:

1. Any motions in limine, if any, points for charge or proposed voir questions shall be filed on or before May 25, 2007.

2. Responses to any motions in limine, shall be filed on or before June 8, 2007.

3. The pretrial conference in this case will now be held on Friday, July 6, 2007 at 2 p.m..

4. Jury selection and trial will now begin on Monday, July 16, 2007 at 9:30 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

Gary L. Lancaster
United States District Judge

cc: All Counsel
    US Marshal
    US Probation
    US Pretrial Services