# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | **CRIMINAL ACTION** |
| v. | * | |
| | * | **NO. 2:05-cr-00221-GLL** |
| **HOWARD KELLEY** | * | |
| Defendant | * | |

## ORDER OF COURT

AND NOW, this ___30th___ day of ___July___, 2007 upon consideration of the motion of Herbert A. Terrell, Esquire, to Strike His Appearance and Withdraw as Counsel of Record, on behalf of Howard Kelley, Defendant, it is hereby ORDERED, that the motion be and is hereby GRANTED. The appearance of Herbert A. Terrell is stricken as counsel of record for the defendant.

BY THE COURT:

_____
Gary Lancaster
United States District Judge

cc: All Counsel
Office of the Federal
Public Defender