IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-221 |
| | ) | Civil Action No. 09-1410 |
| | ) | |
| HOWARD KELLEY | ) | |

ORDER OF COURT

AND NOW, to wit, this __4th__ day of ~~December~~ Jan, 20~~09~~10, upon due consideration of the government's motion to Dismiss, it is hereby ORDERED that the case filed by the above-named defendant at Criminal No. 05-221 and Civil Action No. 09-1410 be and the same is hereby dismissed.

_____
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Pretrial Services